UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENG BOCK CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI XIANG DONG, CHIN KOK HING, WAI HO NG, JIANWEI XU, and WONG KAM FOONG,<br><br>           Plaintiffs,<br><br>- against -<br><br>520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, 5127 RESTAURANT CORP. d/b/a GINGER'S, TUNG SHENG YEH, STEVEN C.J. TANG, ALICE TANG, KUAN YOKE AKOON aka "WINNIE," TEO SU JIN, BENNY CHEONG<br><br>           Defendants. | Docket No.: 17-CV-5885(GHW)<br><br>**NOTICE OF MOTION**<br>**IN LIMINE** |

  **PLEASE TAKE NOTICE** that the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Gregory H. Woods, on a return date set by the Court, for an order *in limine* (1) imposing a shift of the burden of proof to Defendants on the issue of the hours worked and wages received while working for Defendants, in light of Defendants' failure to keep and/or otherwise maintain documents required by law that would enable the Court to determine damages with complete accuracy; (2) holding that Defendants' admissions in its Answer are binding, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
    September 3, 2019

                    VIRGINIA & AMBINDER, LLP
            By:   /s/LaDonna M. Lusher
                    LaDonna M. Lusher, Esq.
                    Kara S. Miller, Esq.
                    Michele A. Moreno, Esq.
                    40 Broad Street, Seventh Floor

New York, New York 10004
Tel:   (212) 943-9080
Fax:   (212) 943-908
llusher@vandallp.com

TAKEROOT JUSTICE
S. Tito Sinha, Esq.
Farrell A. Brody, Esq.
Eliseo Cabrera, Esq.
123 William Street, Sixteenth Fl.
New York, New York 10038
Tel:   (646) 459-3020
Fax:   (212) 533-4598
tsinha@takerootjustice.org

*Attorneys for the Plaintiffs*

To:
John T. Herbert, Esq.
Jenny Shen, Esq.
Herbert Law Group, LLC
96 Engle Street
Englewood, New Jersey 07631