UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENG BOCK CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI XIANG DONG, CHIN KOK HING, WAI HO NG, JIANWEI XU, and WONG KAM FOONG,<br><br>Plaintiffs,<br><br>- against -<br><br>520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, 5127 RESTAURANT CORP. d/b/a GINGER'S, TUNG SHENG YEH, STEVEN C.J. TANG, ALICE TANG, KUAN YOKE AKOON aka "WINNIE," TEO SU JIN, BENNY CHEONG<br><br>Defendants. | Docket No.: 17-CV-5885(GHW)<br><br>**NOTICE OF MOTION**<br>**IN LIMINE** |

**PLEASE TAKE NOTICE** that the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Gregory H. Woods, on a return date set by the Court, for an order *in limine* (1) precluding Mark H. Wander, CPA as a fact and/or expert witness, together with such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        September 3, 2019

By:  VIRGINIA & AMBINDER, LLP
     /s/LaDonna M. Lusher
     LaDonna M. Lusher, Esq.
     Kara S. Miller, Esq.
     Michele A. Moreno, Esq.
     40 Broad Street, Seventh Floor
     New York, New York 10004
     Tel:   (212) 943-9080
     Fax:   (212) 943-908
     llusher@vandallp.com

     TAKEROOT JUSTICE
     S. Tito Sinha, Esq.
     Farrell A. Brody, Esq.

Eliseo Cabrera, Esq.
123 William Street, Sixteenth Floor
New York, New York 10038
Tel:    (646) 459-3020
Fax:    (212) 533-4598
tsinha@takerootjustice.org

*Attorneys for the Plaintiffs*

To:
    John T. Herbert, Esq.
    Jenny Shen, Esq.
    Herbert Law Group, LLC
    96 Engle Street
    Englewood, New Jersey 07631