UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENG BOCK CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI XIANG DONG, CHIN KOK HING, WAI HO NG, JIANWEI XU, and WONG KAM FOONG,<br><br>Plaintiffs,<br><br>- against -<br><br>520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, 5127 RESTAURANT CORP. d/b/a GINGER'S, TUNG SHENG YEH, STEVEN C.J. TANG, ALICE TANG, KUAN YOKE AKOON aka "WINNIE," TEO SU JIN, BENNY CHEONG<br><br>Defendants. | Docket No.: 17-CV-5885(GHW)<br><br>**DECLARATION OF LADONNA M. LUSHER** |

LADONNA M. LUSHER, an attorney duly admitted to practice law in the Southern District of New York, hereby affirms under the penalties of perjury that:

1. I am a partner at the law firm of Virginia & Ambinder, LLP, attorneys for Plaintiffs in this action.

2. I submit this declaration in support of Plaintiffs' motion *in limine* to preclude Mark H. Wander, CPA as a fact and/or expert witness.

3. Attached hereto as Exhibit A are Defendants' Rule 26 Initial Disclosures.

Dated: New York, NY
September 3, 2019

VIRGINIA & AMBINDER, LLP
/s/
LaDonna M. Lusher, Esq.
40 Broad Street, 7th Floor
New York, NY 10004
Tel:  (212) 943-9080
Fax:  (212) 943-9082
llusher@vandallp.com