USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENG BOCK CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI XIANG DONG, CHIN KOK HING, WAI HO NG, JIANWEI XU, and WONG KAM FOONG,

                     Plaintiff,

-v-

520 ASIAN RESTAURANT CORP. et al,

                     Defendants.
-----------------------------------------------------------------X

1:17-cv-5885-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     A bench trial in this matter will begin on **Monday, May 11, 2020 at 9:00 a.m.**  The Court will hold a final pretrial conference in this case on **Monday, April 6, 2020 at 4:00 p.m.**  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated:  September 3, 2019
New York, New York

                              _____
                                GREGORY H. WOODS
                              United States District Judge