USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENG BOCK CHIA, RUI GUI WU, YUE MING      :
LIN, GRACE WU, CINDY LIN, XIN QIANG      :
YU, GUI XIANG DONG, CHIN KOK HING,       :
WAI HO NG, JIANWEI XU, and WONG KAM      :    1:17-cv-5885-GHW
FOONG,                                   :
                                         :         ORDER
                                         :
                        Plaintiffs,      :
                                         :
            -v-                          :
                                         :
520 ASIAN RESTAURANT CORP. et al,        :
                                         :
                        Defendants.      :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

A bench trial in this matter was scheduled to begin on Monday, May 11, 2020. Due to the novel coronavirus (COVID1-19), and the need to minimize the number of people present in the courtroom at any given time to effectively practice social distancing, the trial is adjourned to **October 5, 2020 at 9:00 a.m.**

The Court will hold a final pretrial conference in this case on **Monday, August 31, 2020 at 10:00 a.m.** Both the final pretrial conference and the trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 17, 2020
New York, New York

                                                                            GREGORY H. WOODS
                                                                           United States District Judge