```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENG BOCK CHIA, RUI GUI WU, YUE MING :
LIN, GRACE WU, CINDY LIN, XIN QIANG :
YU, GUI XIANG DONG, CHIN KOK HING, :
WAI HO NG, JIANWEI XU, and WONG KAM : 1:17-cv-5885-GHW
FOONG, :
: ORDER
:
Plaintiffs, :
:
-v- :
:
520 ASIAN RESTAURANT CORP. et al, :
:
Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons discussed on the record during the April 23, 2020 teleconference, the bench trial in this matter is now scheduled to begin on **July 20, 2020 at 9:00 a.m.**

The Court will hold a final pretrial conference in this case on **Monday, June 22, 2020 at 10:00 a.m.** The final pretrial conference will take place telephonically. The parties are directed to use the dial-in information and access code listed in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C). Unless otherwise ordered, the trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 28, 2020

                                                  GREGORY H. WOODS
                                                  United States District Judge