**HERBERT LAW GROUP, LLC**
ATTORNEYS & COUNSELLORS AT LAW
www.herbertlawllc.com

writer's email: jherbert@herbertlawllc.com

| | |
|---|---|
| 96 Engle Street | Office: (201) 490-4070 |
| Englewood, New Jersey 07631 | Facsimile: (201) 490-4077 |

August 7, 2020

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   **Re:** <u>Chia et al v. 520 Asian Restaurant Corp. et al</u>
      Case No.: 1:17-cv-05885-GHW

Dear Judge Woods:

Pursuant to Your Honor's August 7, 2020, Text Order, the independent consultant analysis report referenced in Defendants' August 6, 2020, letter filed with the Court (ECF No. 130) has been filed with this correspondence.

Please do not hesitate to contact our office should the Court require any further information. We thank you in advance for your attention.

         Respectfully submitted,

         **HERBERT LAW GROUP, LLC**

         */s/John T. Herbert*

         John T. Herbert, Esq.

Cc: LaDonna Lusher, Esq.
   Michele Moreno, Esq.
   Kara Miller, Esq.
   Farrell Brody, Esq.
   Eliseo Cabrera, Esq.
     Counsel for Plaintiffs