```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 8/28/2020 ____           │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENG BOCK CHIA, RUI GUI WU, YUE MING LIN,
GRACE WU, CINDY LIN, XIN QIANG YU, GUI
XIANG DONG, CHIN KOK HING, WAI HO NG,
JIANWEI XU, and WONG KAM FOONG,

Docket No.: 17-CV-5885-GHW

                                        Plaintiffs,

- against -

**JUDGMENT**

520 ASIAN RESTAURANT CORP. d/b/a CHEF YU,
5127 RESTAURANT CORP. d/b/a GINGER'S,
TUNG SHENG YEH, STEVEN C.J. TANG, ALICE
TANG, KUAN YOKE AKOON aka "WINNIE," TEO
SU JIN, BENNY CHEONG

                                        Defendants.

---

**WHERAS**, the above entitled action having duly come on for a bench trial before the
Honorable Gregory H. Woods, U.S.D.J. at the United States District Courthouse for the Southern
District of New York, at the courthouse located at 500 Pearl Street, New York, New York 10007
on the 20th and 21st day of July, 2020, and upon the Decision and Order of the U.S.D.J. GREGORY
H. WOODS, issued on the 23rd day of July, 2020, granting judgment for Plaintiffs ENG BOCK
CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI
XIANG DONG, CHIN KOK HING, WAI HO NG, and JIANWEI XU against Defendants 520
ASIAN RESTAURANT CORP. d/b/a CHEF YU, 5127 RESTAURANT CORP. d/b/a
GINGER'S, TUNG SHENG YEH, KUAN YOKE AKOON, BENNY CHEONG, TEO SU JIN,
and STEVEN C.J. TANG, and finding Defendants 520 ASIAN RESTAURANT CORP. d/b/a
CHEF YU, 5127 RESTAURANT CORP. d/b/a GINGER'S, TUNG SHENG YEH, KUAN YOKE
AKOON, BENNY CHEONG, TEO SU JIN, and STEVEN C.J. TANG jointly and severally liable
for reasonable attorneys' fees and costs, and upon the Decision and Order of the U.S.D.J.

GREGORY H. WOODS, issued on the 28th day of August, 2020, granting Plaintiffs' motion for attorneys' fees and costs;

Now on the submission of Plaintiffs ENG BOCK CHIA, RUI GUI WU, YUE MING LIN, GRACE WU, CINDY LIN, XIN QIANG YU, GUI XIANG DONG, CHIN KOK HING, WAI HO NG, and JIANWEI XU, by and through their attorneys, Virginia & Ambinder, LLP and TakeRoot Justice, for entry of a Judgment, it is:

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff ENG BOCK CHIA, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$55,994.30**, unpaid spread of hours in the amount of **$5,118.25**, and unpaid uniform maintenance in the amount of **$2,494.95**, for total unpaid wage damages in the amount of **$63,607.50**, plus interest from **March 17, 2014** in the amount of **$36,785.27** , plus liquidated damages in the amount of **$63,607.50**, plus unreimbursed uniform costs in the amount of **$696.26**, plus damages for failure to provide wages statements in the amount of $**5,000.00** , for total damages in the amount of **$169,696.53**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon

Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$1,860.00**, unpaid spread of hours in the amount of **$725.00**, and unpaid uniform maintenance in the amount of **$237.40**, for total unpaid wage damages in the amount of **$2,822.40**, plus interest from **January 5, 2017** in the amount of **$916.07**, plus liquidated damages in the amount of **$2,822.40**, plus unreimbursed uniform costs in the amount of **$47.55**, for total damages in the amount of **$6,608.42**;

 **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff RUI GUI WU, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$56,197.14**, unpaid spread of hours in the amount of **$4,960.50**, and unpaid uniform maintenance in the amount of **$2,489.00**, for total unpaid wage damages in the amount of **$63,646.64**, plus interest from **March 17, 2014** in the amount of **$36,803.91**, plus liquidated damages in the amount of **$63,646.64**, plus unreimbursed uniform costs in the amount of **$689.69**, plus damages for failure to provide wages statements in the amount of **$5,000.00**, for total damages in the amount of **$169,786.89** ; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon

Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$1,814.25**, unpaid spread of hours in the amount of **$755.00** , and unpaid uniform maintenance in the amount of **$252.50**, for total unpaid wage damages in the amount of **$2,821.75**, plus interest from **January 18, 2017** in the amount of **$908.99**, plus liquidated damages in the amount of **$2,821.75**, plus unreimbursed uniform costs in the amount of **$57.17**, for total damages in the amount of **$6,609.67**;

  **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff YUE MING LIN, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$61,089.82**, unpaid spread of hours in the amount of **$5,221.75**, and unpaid uniform maintenance in the amount of **$2,622.75**, for total unpaid wage damages in the amount of **$68,934.32**, plus interest from **March 17, 2014** in the amount of **$40,786.92** , plus liquidated damages in the amount of **$68,934.32**, plus unreimbursed uniform costs in the amount of **$2,364.66,** plus damages for failure to provide wages statements in the amount of **$5,000.00**, for total damages in the amount of **$186,020.21**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also

known as "Oon Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$970.25**, unpaid spread of hours in the amount of **$334.00**, and unpaid uniform maintenance in the amount of **$115.80** , for total unpaid wage damages in the amount of **$1,420.05**, plus interest from **January 19, 2017** in the amount of **$510.26** , plus liquidated damages in the amount of **$1,420.05**, plus unreimbursed uniform costs in the amount of **$196.03** , for total damages in the amount of **$3,546.39**;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff JIAN WEI XU, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$43,778.02**, unpaid spread of hours in the amount of **$3,320.50**, and unpaid uniform maintenance in the amount of **$1,671.70** , for total unpaid wage damages in the amount of **$48,770.22**, plus interest from **June 9, 2013** in the amount of **$31,629.99**, plus liquidated damages in the amount of **$48,770.22**, plus unreimbursed uniform costs in the amount of **$557.67**, plus damages for failure to provide wages statements in the amount of **$5,000.00**, for total damages in the amount of **$134,728.10** ;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff XIN QIANG YU, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a

GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$39,971.88**, unpaid spread of hours in the amount of **$3,313.25**, and unpaid uniform maintenance in the amount of **$2,168.55**, for total unpaid wage damages in the amount of **$45,453.68**, plus interest from **March 17, 2014** in the amount of **$26,249.99** plus liquidated damages in the amount of **$45,453.68**, plus unreimbursed uniform costs in the amount of **$433.52**, plus damages for failure to provide wages statements in the amount of **$5,000.00**, for total damages in the amount of **$122,590.87**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$2,000.22**, unpaid spread of hours in the amount of **$333.00**, and unpaid uniform maintenance in the amount of **$401.95**, for total unpaid wage damages in the amount of **$2,735.17**, plus interest from **June 29, 2017** in the amount of **$785.03**, plus liquidated damages in the amount of **$2,735.17**plus unreimbursed uniform costs in the amount of **$108.72**, for total damages in the amount of **$6,364.09**;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff WAI HO NG, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU,

located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$13,938.46**, unpaid spread of hours in the amount of **$810.25**, and unpaid uniform maintenance in the amount of **$1,523.15**, for total unpaid wage damages in the amount of **$16,271.86**, plus interest **from March 16, 2015** in the amount of **$7,958.01**, plus liquidated damages in the amount of **$16,271.86**, plus unreimbursed uniform costs in the amount of **$228.22**, plus damages for failure to provide wages statements and notices in the amount of **$10,000.00**, for total damages in the amount of **$50,729.94**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$188.25**, unpaid spread of hours in the amount of **$63.00**, and unpaid uniform maintenance in the amount of **$40.10** , for total unpaid wage damages in the amount of **$291.35**, plus interest from **November 14, 2016** in the amount of **$98.42**, plus liquidated damages in the amount of **$291.35**, plus unreimbursed uniform costs in the amount of **$4.99**, for total damages in the amount of **$686.11**;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff GUI XIANG DONG, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a

CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$13,804.48**, unpaid spread of hours in the amount of **$1,786.50**, and unpaid uniform maintenance in the amount of **$706.80**, for total unpaid wage damages in the amount of **$16,297.78**, plus interest from **September 30, 2013** in the amount of **$10,318.37**, plus liquidated damages in the amount of **$16,297.78**, plus unreimbursed uniform costs in the amount of **$521.64**, plus damages for failure to provide wages statements and notices in the amount of **$5,000.00**, for total damages in the amount of **$48,435.58**;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff CHIN KOK HING, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$53,283.56**, unpaid spread of hours in the amount of **$4,300.00**, and unpaid uniform maintenance in the amount of **$2,544.25** , for total unpaid wage damages in the amount of **$60,127.81**, plus interest from **March 17, 2014** in the amount of **$34,734.58** , plus liquidated damages in the amount of **$60,127.81**, plus unreimbursed uniform costs in the amount of **$591.16**, plus damages for failure to provide wages statements in the amount

of **$5,000.00**, for total damages in the amount of **$160,581.36**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages in the amount of **$2,166.50**, unpaid spread of hours in the amount of **$237.00**, and unpaid uniform maintenance in the amount of **$269.40**, for total unpaid wage damages in the amount of **$2,672.90**, plus interest from **January 16, 2017** in the amount of **$861.08**, plus liquidated damages in the amount of **$2,672.90**, plus unreimbursed uniform costs in the amount of **$46.85**, for total damages in the amount of **$6,253.73**;

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff GRACE WU,  against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$24,862.00**, unpaid spread of hours in the amount of **$2,247.50**, and unpaid uniform maintenance in the amount of **$558.00**, for total unpaid wage damages in the amount of **$27,667.50**, plus interest from **March 24, 2012** in the amount of **$20,905.26**, plus liquidated damages in the amount of **$27,667.50**, plus unreimbursed uniform

costs in the amount of **$193.97** , plus damages for failure to provide wages statements in the amount of **$2,500.00**, for total damages in the amount of **$78,934.24** ;

 **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff CINDY LIN, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and TEO SU JIN also known as "Su Jin Teo," jointly and severally for unpaid minimum and overtime wages in the amount of **$4,599.93**, and unpaid spread of hours in the amount of **$11,790.00**, for total unpaid wage damages in the amount of **$16,389.93**, plus interest from **April 9, 2014** in the amount of **$9,282.99** plus liquidated damages in the amount of **$16,389.93**, plus damages for failure to provide wages statements and notices in the amount of **$10,000.00**, for total damages in the amount of **$52,062.85**; and against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for unpaid minimum and overtime wages and back wages in the amount of **$8,611.11**, unpaid spread of hours in the amount of **$2,412.00**, for total unpaid wage damages in the amount of **$11,023.11**, plus interest from **June 17, 2017** in the amount of **$3,076.81**, plus liquidated damages

in the amount of **$11,023.11**, plus damages for retaliation in the amount of **$20,000.00**, for total damages in the amount of **$45,123.04**;

      **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of TakeRoot Justice, located at 123 William St., 16th Floor; New York, NY 10038, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," TEO SU JIN also known as "Su Jin Teo," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for attorneys' fees in the total amount of **$45,550.00**; and

      **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Virginia & Ambinder, LLP, located at  40 Broad Street, 7th Floor, New York, New York 1004, against Defendants 520 ASIAN RESTAURANT CORP. d/b/a CHEF YU, located at 520 8th Avenue, New York, N.Y. 10018, 5127 RESTAURANT CORP. d/b/a GINGER'S, located at 512 7th Avenue, New York, N.Y. 10018, TUNG SHENG YEH also known as "Peter Yeh" and "Tung Yeh," KUAN YOKE AKOON also known as "Winnie Liew" and "Winnie Kuan Akoon," BENNY CHEONG also known as "Oon Chin Cheong" and "Cheong Oon Chin," TEO SU JIN also known as "Su Jin Teo," and STEVEN C.J. TANG also known as "Steven Tang," jointly and severally for

attorneys' fees in the amount of **$298,347.50**, costs in the amount of **$30,476.89**, for a total of **$328,824.39**.

SO ORDERED.

Dated:  August 28, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge