```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENG BOCK CHIA, RUI GUI WU, YUE MING
LIN, GRACE WU, CINDY LIN, XIN QIANG
YU, GUI XIANG DONG, CHIN KOK HING,
WAI HO NG, JIANWEI XU, and WONG KAM
FOONG,

                              Plaintiffs,

                      -v-

520 ASIAN RESTAURANT CORP. et al,

                            Defendants.
-----------------------------------------------------------------X

1:17-cv-5885-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Following a bench trial that began on July 20, 2020, the Court entered judgment in this case on August 28, 2020. Dkt. No. 140.

      The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

      SO ORDERED.

Dated: September 21, 2020

                                                              _____
                                                              GREGORY H. WOODS
                                                          United States District Judge